# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SAYED ALI SHAH, and all others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 4:17-CV-2954 |
| ZOHRA KHOWAJA and MAHEEN LLC, | § § § | |
| Defendants. | § § § | |

## DISMISSAL ORDER

Pursuant to the parties' Joint Stipulation of Dismissal [Doc. # 17], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

SIGNED at Houston, Texas, this 28th day of **August, 2018**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\2954DO.docx   180828.1023